*\*AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF OHIO

## JUDGMENT IN A CIVIL CASE

Jason Shugart,

      vs.                                  Case No. 2:13-cv-52

Ocwen Loan Servicing, LLC,          **Judge Michael H. Watson**

[] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

[X] **Decision by Court.** This action was decided by the Court without a trial or hearing.

IT IS ORDERED AND ADJUDGED that pursuant to the September 30, 2013 Opinion and Order, the Court GRANTS Defendant's Motion for Summary Judgment. This action is dismissed in its entirety with prejudice.

Date: **September 30, 2013**        John Hehman, Clerk

                                                      s/ Jennifer Kacsor
                                                  By Jennifer Kacsor/Courtroom Deputy